UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ecological Rights Foundation<br><br>        Plaintiff,<br><br>   v.<br><br>A&S Metals, et al.,<br><br>        Defendants. | Case No.  5:15-cv-02758 EMC<br><br>ORDER RE: ATTENDANCE AT MEDIATION<br><br>Date:  February 18, 2016<br>Mediator:  Christine Noma |

IT IS HEREBY ORDERED that the request to excuse Joseph Mattiassi, the representative for AIG, which is defendant SGS Recycling Enterprises, Inc.'s insurer, from appearing in person at the February 18, 2016 mediation is GRANTED.  Mr. Mattiassi shall participate actively for the duration of the mediation by joining telephonically as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated: February  8 , 2016

_____
Maria-Elena James
United States Magistrate Judge