THOMAS F. VANDENBURG (CSB No. 163446)
STEVIE M. ASAO (CSB No. 247962)
**THE GALLAGHER LAW GROUP PC**
1875 Century Park East, Suite 1550
Los Angeles, California 90067
Telephone: (310) 203-2600
Facsimile: (310) 203-2610
tvandenburg@thegallaghergroup.com

Attorneys for Defendants
SGS RECYCLING ENTERPRISES, INC.
And STANLEY G. SILVA, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECOLOGICAL RIGHTS FOUNDATION<br><br>*Plaintiffs*,<br><br>vs.<br><br>A&S METALS, SGS RECYCLING ENTERPRISES, INC. and STANLEY G. SILVA, JR.<br><br>*Defendants*. | Case No.  3:15-CV-02758-EMC<br><br>**STATUS REPORT OF THE PARTIES** |

  Plaintiff Ecological Rights Foundation and Defendants SGS Recycling Enterprises, Inc. and Stanley G. Silva, Jr. hereby submit the following Joint Status Report:

  The Parties mediated this case under the direction of the Court-appointed Mediator Christine Noma on February 17th.  At that mediation, the Parties were able to reach a settlement in principle.  The parties are currently working cooperatively to finalize and document that settlement.

The parties respectfully request a brief continuance of the upcoming March 17th Status Conference to a date that is convenient for the Court on or after May 2, 2016. The parties anticipate finalizing their settlement before that date, and are working cooperatively towards that objective.

Dated: March 10, 2016              /s/ *Fredric Evenson*
                                   Fredric Evenson
                                   Ecology Law Center, Counsel for
                                   Ecological Rights Foundation

Dated: March 10, 2016              /s/ *Thomas F. Vandenburg*
                                   Thomas F. Vandenburg
                                   The Gallagher Law Group PC,
                                   Counsel for SGS Recycling
                                   Enterprises, Inc. and Stanley G. Silva, Jr.

IT IS SO ORDERED that the Status Conference is reset from 3/17/16 to 5/5/16 at 10:30 a.m. An updated joint status report shall be filed by 4/28/16.

_____
Edward M. Chen
U.S. District Judge

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED AS MODIFIED — Judge Edward M. Chen]