THOMAS F. VANDENBURG (CSB No. 163446)
STEVIE M. ASAO (CSB No. 247962)
**THE GALLAGHER LAW GROUP PC**
1875 Century Park East, Suite 1550
Los Angeles, California 90067
Telephone: (310) 203-2600
Facsimile: (310) 203-2610
tvandenburg@thegallaghergroup.com

Attorneys for Defendants
SGS RECYCLING ENTERPRISES, INC.
And STANLEY G. SILVA, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECOLOGICAL RIGHTS FOUNDATION<br><br>*Plaintiff*,<br><br>vs.<br><br>A&S METALS, SGS RECYCLING ENTERPRISES, INC. and STANLEY G. SILVA, JR.<br><br>*Defendants*. | Case No.  3:15-CV-02758-EMC<br><br>**STATUS REPORT OF THE PARTIES** |

Plaintiff Ecological Rights Foundation and Defendants SGS Recycling Enterprises, Inc. and Stanley G. Silva, Jr. (collectively known as "Parties") hereby submit the following Joint Status Report:

The Parties mediated this case under the direction of the Court-appointed Mediator Christine Noma on February 18, 2016.  At that mediation, the Parties were able to reach a settlement in principle.

The Settlement Agreement and [Proposed] Consent Decree were signed by the Parties on April 26, 2016. Within the next 5-7 court days, the [Proposed] Consent Decree will be sent to the Department of Justice ("DOJ") for a 45-day review period. Once the 45-day review period expires or the DOJ files a non-opposition, the Parties will respectfully request the Consent Decree be entered by the Court.

Additionally, the Parties respectfully request that the Status Conference scheduled for May 5, 2016 be continued at least 60 days to allow the Parties to submit the [Proposed] Consent Decree to the Court after the DOJ review period has expired.

Dated: April 29, 2016          /s/ *Fredric Evenson*
                               Fredric Evenson
                               Ecology Law Center, Counsel for
                               Ecological Rights Foundation

Dated: April 29, 2016          /s/ *Thomas F. Vandenburg*
                               Thomas F. Vandenburg
                               The Gallagher Law Group PC,
                               Counsel for SGS Recycling
                               Enterprises, Inc. and Stanley G. Silva, Jr.

```
IT IS SO ORDERED that the status conference is reset from 5/5/16 to 7/28/16 at 10:30 a.m.
An updated joint status report shall be filed by 7/21/16.
```
_____
Edward M. Chen
U.S. District Judge

