THOMAS F. VANDENBURG (CSB No. 163446)
STEVIE M. ASAO (CSB No. 247962)
**THE GALLAGHER LAW GROUP PC**
1875 Century Park East, Suite 1550
Los Angeles, California 90067
Telephone: (310) 203-2600
Facsimile: (310) 203-2610
tvandenburg@thegallaghergroup.com

Attorneys for Defendants
SGS RECYCLING ENTERPRISES, INC.
And STANLEY G. SILVA, JR.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ECOLOGICAL RIGHTS FOUNDATION<br><br>*Plaintiff*,<br><br>vs.<br><br>A&S METALS, SGS RECYCLING ENTERPRISES, INC. and STANLEY G. SILVA, JR.<br><br>*Defendants*. | Case No.  3:15-CV-02758-EMC<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** |

  Plaintiff Ecological Rights Foundation and Defendants SGS Recycling Enterprises, Inc. and Stanley G. Silva, Jr. (collectively known as "Parties") mediated this case under the direction of the Court-appointed Mediator Christine Noma on February 18, 2016.  At that mediation, the Parties were able to reach a settlement in principle.  The Settlement Agreement and [Proposed] Consent Decree were signed by the Parties on April 26, 2016.  The Parties expect that within the next 60 days they will either receive notice of non-opposition from the Department of Justice ("DOJ") or the DOJ 45-day review period will expire, after which the Parties will submit the [Proposed] Consent Decree to the Court.

1  Based on the foregoing, the Parties stipulate to continue the Status Conference
2  scheduled for July 28, 2016 at 10:30 am to be continued to September 29, 2016 at 10:30
3  am.

5  Dated: July 26, 2016                                    /s/ *Fredric Evenson*
6                                                          Fredric Evenson
7                                                          Ecology Law Center, Counsel for
                                                           Ecological Rights Foundation

9  Dated: July 26, 2016                                    /s/ *Thomas F. Vandenburg*
10                                                         Thomas F. Vandenburg
                                                           The Gallagher Law Group PC,
11                                                         Counsel for SGS Recycling
12                                                         Enterprises, Inc. and Stanley G. Silva,
                                                           Jr.

16  PURSUANT TO STIPULATION, IT IS SO ORDERED.

18  DATED: 7/27/16                          _____
19                                          THE HONORABLE EDWARD M. CHEN

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Edward M. Chen]

# CERTIFICATE OF SERVICE

*Ecological Rights Foundation vs. A&S Metals, SGS Recycling Enterprises, Inc. and Stanley G. Silva, Jr.*
USDC – Northern District - Case No. 5:15-cv-02758 EMC

I, Stevie M. Asao, am over the age of 18 and not a party to the above-referenced action. I am employed by The Gallagher Law Group, a Professional Corporation. My business address is 1875 Century Park East, Suite 1550, Los Angeles, California, 90067.

On **July 26, 2016**, I served a true copy of **STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE** on the interested parties in this action:

    __X__ **By Filing and serving directly through ECF/Pacer** at the USDC-Northern District of California website at http://cand.uscourts.gov at approximately 5:30 p.m. local time (PDT).

I declare under penalty of perjury that the foregoing is true and correct. Executed on **July 26, 2016.**

_____
Stevie M. Asao